**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **JEFFREY LYNN JONES #727943** | **CASE NO. 1:25-CV-01283 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 14], noting no written and filed objections thereto, and after an independent review of the record and concurring with the Magistrate Judge's factual findings and legal conclusions,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Jeffrey Lynn Jones' Petition is **DENIED** and **DISMISSED WITH PREJUDICE** due to the Antiterrorism and Effective Death Penalty Act of 1996's one-year statute of limitations.

MONROE, LOUISIANA, this 11th day of August 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE